UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE GENE JACKSON, a/k/a LAWRENCE GENE PAGE, #23003214, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:23-CV-1246-G-BT |
| FNU HENDERSON, ET AL., | ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered Findings, Conclusions and Recommendation in this case. No objections were filed. The court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none. The court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

July 12, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**